# EXHIBIT 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **PPDAI Group Inc. Loss Chart** | | | | | | | | $7.358 |
| | | | Class Period: November 10, 2017 IPO and/or November 10, 2017 through December 1, 2017 | | | | | | | | | |
| Golden Section Holding Corporation | 11/10/2017 | 231,000 | ($13.00) | ($3,003,000.00) | | | | | | | | |
| | 12/1/2017 | 8,100 | ($8.80) | ($71,280.00) | | | | | | | | |
| **TOTAL** | | **239,100** | | **($3,074,280.00)** | | | | | 239,100 | $1,759,297.80 | **($1,314,982.20)** | |