# **EXHIBIT 2**

| | |
|---|---|
| **Client Name** | Jing Lin |
| **Company Name** | PPDAI Group Inc. |
| **Ticker Symbol** | PPDF |
| **Date of Offering** | 11/10/2017 |

| § 11 Loss Calculation | |
|---|---|
| **Total Shares Purchased and Retained** | 40,362 |
| **Price Per Share in the Offering*** | $13.00 |
| **Value of Shares at Purchase** | $524,706.00 |
| **Closing Price on 11/26/2018**** | $6.19 |
| **Proceeds of Sales** | $334,088.18 |
| **Estimated Value of Retained Shares as of 11/19/2018** | $249,840.78 |
| **Estimated Gain/(Loss)** | $190,617.82 |

\* For purposes of this damage calculation, any retained shares purchased at a price higher than the offering price of $13.00 are valued at $13.00 per share.  Any shares purchased for less than the offering price are valued at their purchase price.

\*\* Pursuant to 15 U.S.C. § 77k(e), retained shares are valued at the closing stock price on the date the initial federal complaint asserting claims under Section 11 - November 26, 2018 ($6.19).

**Loss Chart**
Losses of Jing Lin in PPDAI Group Inc. (PPDF)

| Client Name | Jing Lin | | | | | | | LIFO Loss Total | $193,398.87 |
|---|---|---|---|---|---|---|---|---|---|
| Company Name | PPDAI Group Inc. | | **90 Day Lookback Average** | $7.3588 | | | | *Dura* LIFO Total | $193,398.87 |
| Ticker Symbol | PPDF | | | | | | | Shares Purchased | 40,362 |
| Class Period Start | 11/10/2017 | | | | | | | Shares Retained | - |
| Class Period End | 12/1/2017 | | | | | | | Net Funds Expended | $0.00 |

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2017 | 8,000 | $13.158 | $105,264.0000 | 11/24/2017 | 8,000 | $8.9500 | | $71,600.0000 | - | 7.358833333 | $ - | $33,664.00 | $33,664.00 |
| 11/10/2017 | 1,000 | $13.158 | $13,158.0000 | 11/22/2017 | 1,000 | $8.1110 | | $8,111.0000 | - | 7.358833333 | $ - | $5,047.00 | $5,047.00 |
| 11/13/2017 | 5,000 | $13.140 | $65,700.0000 | 11/22/2017 | 5,000 | $8.1110 | | $40,555.0000 | - | 7.358833333 | $ - | $25,145.00 | $25,145.00 |
| 11/14/2017 | 26,362 | $13.025 | $343,365.0500 | 11/22/2017 | 26,362 | $8.1110 | | $213,822.1820 | - | 7.358833333 | $ - | $129,542.87 | $129,542.87 |
| **TOTAL:** | **40,362** | | **$527,487.05** | | **40,362** | | | **$334,088.18** | **-** | | **$ -** | **$193,398.87** | **$193,398.87** |

\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
\*\* Disregarding intra-class period gains and losses.