The Rosen Law Firm
INVESTOR COUNSEL

Laurence M. Rosen
lrosen@rosenlegal.com

December 9, 2020

**VIA ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re PPDAI Group Inc. Securities Litigation,* 1:18-cv-6716-LDH-SJB

Dear Judge DeArcy Hall:

I write on behalf of the Parties to inform the Court that the Parties have reached a settlement in principle that will resolve all claims in the above-captioned putative class action.

The Parties are in the process of formalizing their settlement agreement. Accordingly, the Parties respectfully request that the Court hold in abeyance any decision on Defendants' pending motion to dismiss (Dkt. No. 48).

Respectfully submitted,

*/s/ Laurence M. Rosen*

Laurence M. Rosen

CC: All counsel of record via ECF