UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PPDAI GROUP INC. SECURITIES LITIGATION | Case No: 1:18-cv-06716-LDH-TAM<br><br>CLASS ACTION |

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 70), Plaintiffs,[1] by their undersigned counsel, respectfully move this Court, before the Honorable LaShann DeArcy Hall, United States District Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, on December 16, 2021 at 10:00 a.m., for entry of an order granting final approval of the class action Settlement, approving the Plan of Allocation for distribution of the Net Settlement Fund, and certifying the Settlement Class for settlement purposes.

This motion is based on this Notice of Motion, the supporting Memorandum of Law, the Joint Declaration of Laurence Rosen, Joseph Russello, and Max Schwartz, and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing. In the event that there are any requests for exclusion or objections received by the November 2, 2021 deadline, Plaintiffs will file an updated proposed final order and judgment with their reply.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement dated June 11, 2021 (ECF No. 64).

Defendants do not oppose this motion.

Dated: October 19, 2021

Respectfully submitted,

*/s/ Laurence M. Rosen*
Laurence M. Rosen
(lrosen@rosenlegal.com)
Phillip Kim
(pkim@rosenlegal.com)
Yu Shi
(yshi@rosenlegal.com)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060

*Lead Counsel for Plaintiffs in the Federal Court Action*

-and-

Samuel Rudman
(srudman@rgrdlaw.com)
Joseph Russello
(jrussello@rgrdlaw.com)
Robert D. Gerson
(rgerson@rgrdlaw.com)
ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Tel.: (631) 367-7100

David R. Scott
(David.scott@scott-scott.com)
Max R. Schwartz
(mschwartz@scott-scott.com)
Randy L. Moonan
(rmoonan@scott-scott.com)
SCOTT+SCOTT ATTORNEYS AT LAW
    LLP
230 Park Avenue, 17th Floor
New York, NY  10169
Tel: (212) 223-6444

*Lead Counsel for Plaintiffs in the State*

*Court Action*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                   */s/ Laurence M. Rosen*
                                                   Laurence M. Rosen